# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br><br>MARK E. FOUNTAINE,<br><br>Debtor. | Bankruptcy Case Number<br><br>10-34254 JTM<br><br>[Chapter 7] |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

The following check was issued to the debtor listed below in the amount listed. The check was not cashed or returned and the trustee placed a stop payment on the check.

**DEBTOR & ADDRESS (last known)**                    **CHECK AMOUNT**

Mark E. Fountaine                                                              $7.30
662 East Oneida Street, #B
Preston, ID  83263

The address listed above constitutes the last known address in question. The check in the amount of $7.30 represents said unclaimed funds and is payable to the U.S. Bankruptcy Court.

DATED this ___ day of July, 2011.

_____
Duane H. Gillman, Trustee

FILED IN THE UNITED STATES BANKRUPTCY COURT
2011 JUL 21 PM 4:51
DISTRICT OF UTAH